UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SLAVICA VUKOBRAD, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action No.  19-cv-541 |
| v. | ) | |
| | ) | Hon.  Charles P. Kocoras |
| | ) | |
| TRANSWORLD SYSTEMS, INC. | ) | Magistrate Sheila M. Finnegan |
| | ) | |
| | ) | |
| DEFENDANT(S). | ) | |

### STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between all parties who have appeared in the above entitled action, through their respective attorneys, that by this Stipulation to Dismiss this matter is hereby dismissed with prejudice and without costs and each party to bear its own attorney's fees.

Dated: 6/20/2019

Counsel for Plaintiff

*s/ Robert J. Tomei Jr.*
Robert J. Tomei Jr.,
JOHNSTON TOMEI
LENCZYCKI & GOLDBERG, LLC
350 N Milwaukee Ave., Ste. 202
Libertyville, IL 60048
Tele:   (847) 549-0600
Fax:    (847) 589-2263
Rob@LawJTLG.com
*Attorney for Plaintiff*

Counsel for Defendant

*s/Andrew Cunningham*
Andrew Cunningham
Morgan Marcus
Sessions, Fishman, Nathan & Israel
141 W. Jackson Blvd., Suite 3550
Chicago, IL 60604-2992
Telephone: 312-578-0990
acunningham@sessions.legal
mmarcus@sessions.legal
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  I, Robert J. Tomei Jr., an attorney, hereby certify that on June 20, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: June 20, 2019**                   Respectfully submitted,

                      By:   /s/ *Robert J. Tomei Jr.*